AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

CHRISTIAN S. KENNEDY, individually, and on behalf of all others similarly situated )
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 6:22-cv-02210
)
HEALTHCARE REVENUE RECOVERY GROUP, LLC and INPATIENT CONSULTANTS OF FLORIDA, INC., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INPATIENT CONSULTANTS OF FLORIDA, INC.
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 30, 2022

LaDarrius Jernigan
*Signature of Clerk or Deputy Clerk*

**SERVED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTIAN S. KENNEDY,

    Plaintiff,

v.                             Case No: 6:22-cv-2210-PGB-EJK

HEALTHCARE REVENUE
RECOVERY GROUP, LLC and
INPATIENT CONSULTANTS OF
FLORIDA, INC.,

    Defendants.
_____/

## ORDER

For a just and efficient resolution of this case, the parties are **DIRECTED** to read and comply with the Middle District of Florida's Local Rules. *See* Local Rule 1.01(a). While not exhaustive, this Order establishes deadlines for filings required at the initial stages of an action.

This Court makes an active effort to review each case to identify parties and interested corporations in which the assigned District Judge or Magistrate Judge may have an interest, and for other matters that might require consideration of recusal. Compliant with Local Rule 3.03, within **fourteen (14)** days from the day of this Order or, if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee is **DIRECTED** to file and serve a Certificate of Interested Persons and Corporate Disclosure Statement

# VERIFIED RETURN OF SERVICE

Job # T224787

**Client Info:**
Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

**Case Info:**

**PLAINTIFF:**
CHRISTIAN S. KENNEDY, INDIVIDUALLY, AND ON BEHLAF OF ALL OTHERS SIMILARLY SITUATED
-versus-
**DEFENDANT:**
HEALTHCARE REVENUE RECOVERY GROUP, LLC AND INPATIENT CONSULTANTS OF FLORIDA, INC.

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **6:22-cv-02210**

**Service Info:**

Received by BRENNAN FOGARTY: on December, 7th 2022 at 11:49 AM
Service: I Served **INPATIENT CONSULTANTS OF FLORIDA, INC. c/o Registered Agent, Corporation Service Company**
With: **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, ORDER, Corporate Disclosure Statement, Notice of Pendency of Other Actions, Uniform Case Management Report, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, ORDER ON DISCOVERY MOTIONS,**
by leaving with **Latrice Young, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

At Business **1201 HAYS STREET TALLAHASSEE, FL 32301**
On **12/7/2022** at **01:50 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **BRENNAN FOGARTY** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**BRENNAN FOGARTY**
Lic # **230**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # MIA5867
Ref # T224787




1 of 1