UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-02210-PGB-EJK

CHRISTIAN S. KENNEDY,
individually, and on behalf of all others
similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC; and
INPATIENT CONSULTANTS
OF FLORIDA, INC.,

    Defendants.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND NOTICE SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order [DE 20] and Order referring this case to mediation [DE 21], undersigned counsel have selected James R. Betts to mediate this matter. The parties have agreed that mediation is set for Monday, **October 30, 2023, at 9:30 a.m., at 2300 Maitland Center Parkway, Suite 100, Maitland, Florida 32751.**

**Dated this 14th day of February 2023.**

| | |
|---|---|
| */s/ Alexander J. Taylor* <br> Alexander J. Taylor, Esq. <br> Florida Bar No. 1013947 <br> ataylor@sulaimanlaw.com <br> Sulaiman Law Group, Ltd. <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, IL 60148 <br> (630) 575-8180 <br> Attorneys for Plaintiff | */s/ Ernest H. Kohlmyer, III* <br> Ernest H. Kohlmyer, III, Esquire <br> Florida Bar No. 110108 <br> Skohlmyer@shepardfirm.com <br> service@shepardfirm.com <br> Shepard, Smith, Kohlmyer & Hand, P.A. <br> 2300 Maitland Center Parkway, Suite 100 <br> Maitland, Florida 32751 <br> Telephone (407) 622-1772 <br> Facsimile (407) 622-1884 <br> *Attorneys for Defendant,* Healthcare *Revenue Recovery Group, LLC, and Inpatient Consultants of Florida, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 14, 2023**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Alexander J. Taylor, Esquire at ataylor@sulaimanlaw.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
service@shepardfirm.com

                Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC, and Inpatient Consultants of Florida, Inc.*