UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-02210-PGB-EJK

CHRISTIAN S. KENNEDY,
individually, and on behalf of all others
similarly situated,

       Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC; and
INPATIENT CONSULTANTS
OF FLORIDA, INC.,

       Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Christian S. Kennedy, and Defendants, Healthcare Revenue Recovery Group, LLC, and Inpatient Consultants of Florida, Inc. ("the Parties"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs.

DATED: June 8, 2023.

| | |
|---|---|
| */s/  Alexander J. Taylor*<br>Alexander J. Taylor, Esq.<br>Florida Bar No.   1013947<br>ataylor@sulaimanlaw.com<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, IL 60148<br>(630) 575-8180<br>*Attorneys for Plaintiff* | /s/ *Ernest H. Kohlmyer, III*<br>Ernest H. Kohlmyer, III, Esquire<br>Florida Bar No. 110108<br>Skohlmyer@shepardfirm.com<br>service@shepardfirm.com<br>Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Parkway, Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Attorneys for Defendants,*<br>Healthcare *Revenue Recovery Group, LLC, and  Inpatient Consultants of Florida, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 8, 2023,** via the Court Clerk's CM/ECF system which will provide notice to the following: Alexander J. Taylor, Esquire at ataylor@sulaimanlaw.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 0110108
SKohlmyer@Shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.

2300 Maitland Center Parkway,
Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendants,
Healthcare Revenue Recovery
Group, LLC, and  Inpatient
Consultants of Florida, Inc.*