# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CHRISTIAN S. KENNEDY,**

**Plaintiff,**

v.                                                  **Case No: 6:22-cv-2210-PGB-EJK**

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC and
INPATIENT CONSULTANTS OF
FLORIDA, INC.,**

**Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed June 8, 2023. (Doc. 25). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Healthcare Revenue Recovery Group, LLC and Inpatient Consultants of Florida, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties